IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES MERZLAK,<br><br>Defendant. | CR 24–19–BU–DLC<br><br><br><br>AMENDED ORDER |

Before the Court is the United States of America's Motion for Amended Final Order of Forfeiture. (Doc. 149.) Having reviewed said Motion, the Court finds:

1. The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on January 17, 2025 (Doc. 113), which forfeited Defendant Merzlak's interest in the following property:

- F.LLI Pietta, Fabrica D'Armi 1873 SA revolver, Cal. 45, S/N: E131556, and any associated accessories and ammunition.

3. All known interested parties were provided an opportunity to respond and published notice has been effected, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 122.)

1

4. No claims were made, and the Court granted a Final Order of Forfeiture (Doc. 132) that forfeited the property to the United States and authorized its disposal.

5. Subsequently, the United States identified theft victim, R.T.P., as the lawful owner of the F.LLI Pietta revolver listed in the Preliminary Order of Forfeiture.

6. It appears there is cause to issue an amended final order of forfeiture under 21 U.S.C. §§ 853(a) and 881(a)(11), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADUDGED that:

1. The Motion for Amended Final Order of Forfeiture (Doc. 149) is GRANTED.

2. The United States shall return the following firearm to its lawful owner, R.T.P., when no longer needed as evidence and in accordance with governing law:

- F.LLI Pietta, Fabrica D'Armi 1873 SA revolver, Cal. 45, S/N: E131556.

3. Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. §§ 853(a) and 881(a)(11), free from the claims of any other party:

- Any associated accessories and ammunition.

The United States shall have full and legal title to this forfeited property and may

dispose of it in accordance with law.

DATED this 2nd day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court